### Harvey BRADLEY v. STATE.
### No. 15722.

Court of Criminal Appeals of Texas.
Dec. 21, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, theft of an automobile; the punishment, three years in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Jess BRIGHT v. STATE.
### No. 15697.

Court of Criminal Appeals of Texas.
Nov. 9, 1932.

Rehearing Denied Jan. 11, 1933.

E. B. Lewis, of Center, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft of hogs; punishment, two years in the penitentiary.

Upon his plea of guilty appellant was adjudged guilty. The jury refused to suspend the sentence. He moved for a new trial. There is no statement of facts in the record, and no complaint of any procedure. The record appears to present no error.

The judgment will be affirmed.

HAWKINS, J., not sitting.

On Motion for Rehearing.

MORROW, P. J.

Nothing has been added to the record since the original opinion was rendered.

The motion is overruled.

### Cecil BROUSSARD v. STATE.
### No. 15772.

Court of Criminal Appeals of Texas.
Dec. 21, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Ex parte Ernest COLLINS.
### No. 15786.

Court of Criminal Appeals of Texas.
Dec. 21, 1932.

John J. Pichinson, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

Appellant made application to the judge of the 117th judicial district for a writ of habeas corpus. The appeal is from an order remanding appellant to custody. No statement of facts appears in the record.

We have before us the application and the order of the court remanding appellant to custody. In the condition in which we find the record, no question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.